THE STATE EX REL. LAMPLEY, APPELLANT, *v.* GM
ASSEMBLY DIVISION ET AL., APPELLEES.

[Cite as *State ex rel. Lampley v. GM Assembly
Div.,* 98 Ohio St.3d 393, 2003-Ohio-1490.]

(No. 2002–1553—Submitted February 25, 2003—Decided April 9, 2003.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent and would reverse and order relief pursuant to *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

Green, Haines, Sgambati Co., L.P.A., Ronald E. Slipski and Shawn Scharf, for appellant.

Vorys, Sater, Seymour & Pease, L.L.P., Jerome C. Webbs and Marquettes D. Robinson, for appellee General Motors Corporation.

Jim Petro, Attorney General, and Cheryl J. Nester, Assistant Attorney General, for appellee Industrial Commission of Ohio.